IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN M. QUINN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 09-4327 |
| **MERCY FITZGERALD HOSPITAL,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 22nd day of July 2011, upon consideration of Defendant Mercy Fitzgerald Hospital's Motion for Summary Judgment (Document No. 21, filed June 2, 2011) and Plaintiff Kathryn M. Quinn's Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 23, filed July 5, 2011), for the reasons set forth in the Memorandum dated July 22, 2011, **IT IS ORDERED** that Defendant Mercy Fitzgerald Hospital's Motion for Summary Judgment is **DENIED IN PART** and **GRANTED IN PART**, as follows:

1. That part of the motion addressing plaintiff's claim that defendant terminated her because she took leave protected under the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq., is **DENIED**; and

2. The motion is **GRANTED** in all other respects.

BY THE COURT:


/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**